[Not for Publication - Not to be Cited as Precedent]

# United States Court of Appeals
## For the First Circuit

No. 00-1064

JOSEPH S. BUSCONE, INDIVIDUALLY AND AS TRUSTEE
OF DEPOT REALTY TRUST,

Plaintiff, Appellant,

v.

US RECOVERIES III, L.L.C.,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on December 6, 2000, is amended as follows:

On the cover sheet, replace "Hon. Richard G. Stearns" with "Hon. Nancy Gertner."